IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| CLAUDIO VALLEJO § <br> § <br> Plaintiff, § <br> § <br> v. § <br> § <br> KELLER INDEPENDENT SCHOOL § <br> DISTRICT, ET AL., § <br> § <br> Defendants. § | Civil Action No. 4:25-CV-00138-O |

## ORDER

Before the Court is Plaintiff's First Amended Complaint, ECF No. 29. Pursuant to the filing of Plaintiff's First Amended Complaint, the Court **DENIES as MOOT** Defendants' Motion to Dismiss (ECF No. 25). *Cf. Singh & Singh LLC v. Berkley Assurance Co.*, No. 4:16-CV-00481-O, 2017 WL 3723770, at *3 (N.D. Tex. Feb. 13, 2017) (explaining it is well-settled that "[t]he filing of an amended complaint generally renders pending motions to dismiss as moot") (citation omitted)).

**SO ORDERED** this **9th day** of **May, 2025**.

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE